FILED
2005 Dec-05 PM 01:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN WILLIAM DAILEY, III,  ) | |
| ) | |
| **Movant,** ) | |
| ) | Case Numbers: |
| vs.     ) | CV 05-CLS-RRA-8015-S |
| ) | CR 03-CLS-RRA-0626-S |
| ) | |
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| **Respondent.** ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation recommending that the motion of John William Dailey, III, to vacate, set aside, or correct a sentence, filed pursuant to 28 U.S.C. § 2255 denied. Movant filed objections to the report and recommendation. The court has considered the entire file in this action, together with the report and recommendation and the objections, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. The motion to vacate is due to be DENIED. An appropriate order will be entered.

Done this 5th day of December, 2005.

_____
United States District Judge